**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM WYATT REID,<br><br>　　　Defendant/Judgment Debtor,<br><br>　and<br><br>COSTCO WHOLESALE,<br><br>　　　　　　　　　　　Garnishee. | NO.  MC16-5037BHS<br><br>(3:11-CR-5511-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, William Wyatt Reid, from Costco Wholesale, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Costco Wholesale, whose address is Costco Wholesale, Attn: Garnishment Services, 999 Lake Drive, Issaquah, WA 98027.

//

//

| | |
|---|---|
| **ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT** | **UNITED STATES ATTORNEY**<br>**700 Stewart Street, Suite 5220**<br>**Seattle, WA 98101-1271**<br>**(206) 553-7970** |

1 DATED this 20th day of December, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail:  kyle.forsyth@usdoj.gov