**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WYATT REID, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> COSTCO WHOLESALE, <br><br> Garnishee. | NO. 3:16-MC-05037-BHS <br><br> (3:11-CR-05511-BHS-1) <br><br> **Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Costco Wholesale, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Costco Wholesale filed Answers on January 10, 2017 and February 10, 2017, stating that at the time of the service of the Writ, Defendant/ Judgment Debtor William Wyatt Reid (Mr. Reid), was an active employee who was paid bi-weekly.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. William Wyatt Reid and Costco Wholesale*, 3:16-MC-05037-BHS / 3:11-CR-05511-BHS-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about December 21, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Costco Wholesale, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor William Wyatt Reid, upon each period of time when Defendant/Judgment Debtor Reid is entitled to receive such funds, and shall continue said payments, if any, until Defendant/ Judgment Debtor Reid's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Reid's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:11-CR-05511-BHS-1 and 3:16-MC-05037-BHS, and to deliver such payment either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. William Wyatt Reid and Costco Wholesale,* 3:16-MC-05037-BHS / 3:11-CR-05511-BHS-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970


United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this \_\_14\_\_ day of \_\_\_March_____, 2017.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. William Wyatt Reid and Costco Wholesale*, 3:16-MC-05037-BHS / 3:11-CR-05511-BHS-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970