The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:16-MC-05037-BHS |
| Plaintiff, | (3:11-CR-05511-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| WILLIAM WYATT REID, | |
| Defendant/Judgment Debtor, | |
| and | |
| COSTCO WHOLESALE, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Garnishee, Costco Wholesale, is relieved of further responsibility pursuant to this garnishment.

//

**[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. William Wyatt Reid and Costco Wholesale*, USDC#: 3:16-MC-05037-BHS/3:11-CR-5511-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Case 3:16-mc-05037-BHS  Document 14-1  Filed 04/05/17  Page 2 of 2

1

2    DATED this ___5___ day of April, 2017.

3

4    _____
     BENJAMIN H. SETTLE
5    UNITED STATES DISTRICT COURT JUDGE

6

7    Presented by:

8    s/ Kyle A. Forsyth
     KYLE A. FORSYTH, WSBA # 34609
9    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v. William Wyatt Reid and Costco Wholesale*, USDC#: 3:16-MC-05037-
BHS/3:11-CR-5511-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970